**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Noah Rouse, Jr.
         Plaintiff,

v.                 Case No.: 1:13−cv−05260
                Honorable Robert M. Dow Jr.

Chicago Transit Authority, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 8, 2016:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. Plaintiff's counsel, Mr. Nalley, nor Mr. Noah Rouse, Jr. appeared. For all the reasons previously stated on the record, this case is dismissed for want of prosecution. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.